IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01921-PAB-KMT

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

JOHN W. SUTHERS, Attorney General,
TOM CLEMENTS, Executive Director of the CDOC, and
SERGEANT GRIGGS, CDOC/BVCF Mailroom,

    Defendants.

___

**ORDER**
___

    This matter comes before the Court on plaintiff's Motion to Dismiss Complaint against Defendant John W. Suthers [Docket No. 56].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Motion to Dismiss Complaint against Defendant John W. Suthers [Docket No. 56] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant John W. Suthers, Attorney General, are dismissed without prejudice, with each party to bear his own attorneys' fees and costs.

    DATED May 9, 2013.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge