IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01921–PAB–KMT

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director, CDOC, and
SERGEANT GRIGGS, CDOC/BVCF Mailroom,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Substitute a Party and Amend the Caption in This Matter" (Doc. No. 72, filed September 13, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 25(d). Richard Raemisch, Executive Director, CDOC, shall be subsituted in place of Tom Clements, Executive Director, CDOC, and the caption in this matter is amended accordingly.

Dated: September 16, 2013