**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-01921-PAB-KMT | Date: | January 9, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

DELMART E.J.M. VREELAND, II,                          Pro se (by telephone)

   Plaintiff,

v.

SERGEANT GRIGGS, CDOC/BVCF Mailroom,         Kristin Ruiz

   Defendant.

## COURTROOM MINUTES

**PRELIMINARY SCHEDULING CONFERENCE**

**9:52 a.m.       Court in session.**

Court calls case. Appearance of counsel.

Discussion regarding issues with copies of documents, Plaintiff's pending motion [101], discovery process, and Plaintiff's current location.

**ORDERED:   The Clerk of the Court is directed to mail a copy of the docket for case 12-cv-01921-PAB-KMT, including documents [ 91], [92], and [93], and a copy of the docket for 13-cv-2422-PAB-KMT to Mr. Vreeland.**

Discussion regarding that status of case 13-cv-02422-PAB-KMT with respect to service upon the named Defendants.

Court discusses its letter to pro se prisoner litigants with pro se Plaintiff. A copy of the letter is attached.

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery, if any, will be needed.

**ORDERED: JOINDER OF PARTIES OR AMENDMENT OF PLEADINGS DEADLINE is set for February 23, 2014.**

**ORDERED: DISCOVERY DEADLINE is set for July 9, 2014.**

Discussion is held regarding methods of discovery. Plaintiff is reminded that discovery is **not** to be filed with the Court.

- Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited to ten (10) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take. Permission must also be obtained from the prison facility.

- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.
  Each side shall be limited to twenty-five (25) Interrogatories, including subparts.

- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34.
  Each side shall be limited to twenty-five (25) Requests for Production of Documents.

- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.
  Each side shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections to written discovery within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Each side shall be limited to two (2) expert witness, absent leave of Court.
Parties shall designate affirmative experts **on or before May 9, 2014.**
Parties shall designate rebuttal experts **on or before June 9, 2014.**

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**ORDERED: DISPOSITIVE MOTIONS DEADLINE is set for August 11, 2014.**

**ORDERED: A Telephonic Final Pretrial Conference is set for October 14, 2014 at 9:30 a.m. Defendant shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.**

Discussion regarding transcripts from state case, alternative dispute resolution, settlement, and tentative deposition dates.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.

**ORDERED:   Plaintiff's Motion to Resolve Discovery, Depositions, Interrogatories, and any Admissions, During the January 9, 2014 Preliminary Scheduling Conference, and Motion for an Order Directing the Defendant to Comply with Discovery Requests, Depositions, and any Interrogatories, and Admissions, Requested by Plaintiff, and Motion for Order to Conduct Depositions at a Specific Location [101] is DENIED WITHOUT PREJUDICE.**

**11:11 a.m.    Court in recess**.

Hearing concluded.
Total in-court time:    01:19

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.