IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01921–PAB–KMT

DELMART E.J.M. VREELAND, II,

      Plaintiff,

v.

SERGEANT GRIGGS, CDOC/BVCF Mailroom,

      Defendant.

---

## ORDER

---

      This matter is before the court on Plaintiff's "Motion for Mandatory Injunction."   [Doc. No. 109] filed March 3, 2014.

      **The Defendant is directed to respond to this motion on or before March 11, 2014**. The Defendant is specifically directed to explain to this court why the Plaintiff is not receiving the special order typewriter ribbons to which he is entitled and for which he will pay.   Further, the Defendant shall explain to this court why he feels justified in having the court waste its time reading motions and creating Orders to address matters which should be routinely handled by the prison in a manner which will not deny access to the court for the plaintiff.

      Dated this 4th day of March, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge