IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-01921-PAB-KMT | Date: | September 3, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

DELMART E.J.M. VREELAND, II,                          *Pro se (by telephone)*

   Plaintiff,

v.

SERGEANT GRIGGS, CDOC/BVCF Mailroom,        Kristin Ruiz

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.       Court in session.**

Court calls case. Appearances of counsel and plaintiff pro se.

Court states its understanding of the issues.

Discussion and argument regarding the documents that are allegedly missing and documents contained in the working file.

**ORDERED:   Ms. Ruiz is directed to personally review the original "working file" at the present location where it is being kept for any document which is relevant to this case but which has not been produced already and the box of mailroom contraband slips which are located at Buena Vista Correctional Complex where the notice of rejection of mail from Michael Heher for Plaintiff on 8-16-2010 would be located, search for the documents discussed in court, and file her findings with the court on or before September 30, 2014.**

Court states its concern over discrepancies in the document attachments filed by Plaintiff and Defendant.

**ORDERED:   The dispositive motions deadline is extended to October 24, 2014.**

**ORDERED:** The Clerk is directed to mail a copy of the docket sheet and Minute Order [143] to Plaintiff.

**ORDERED:** Plaintiff's Motion to Compel the Production of Documents Motion for Sanction Against Defendant's Counsel [139] is **HELD IN ABEYANCE.**

**2:43 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time   01:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.