IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01921–PAB–KMT

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

SERGEANT GRIGGS, CDOC/BVCF Mailroom,

    Defendant.

---

# ORDER

---

    This matter appears before the court on Plaintiff's "Motion to Compel Production of Documents Motion for Sanction Against Defendant's Counsel" [Doc. No. 139].

    Pursuant to the court's direction, Defendant's counsel has thoroughly investigated the contents of the file maintained on the Plaintiff by the Department of Corrections.  As a result, Defendant has produced additional documents in discovery and has engaged a forensic handwriting expert to address certain disputed facts.

    After reviewing the Report filed by Defendant's counsel [Doc. No. 150], the court is satisfied that Defendant has diligently searched for and produced all documents relevant to the matters at issue in this case.

Therefore, it is **ORDERED**

Plaintiff's "Motion to Compel Production of Documents Motion for Sanction Against Defendant's Counsel" [Doc. No. 139] is **DENIED**.

Dated this 3d day of October, 2014.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge